# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEREK FOX,

    *Plaintiff,*

vs.

D. NEVEN, *et al.,*

    *Defendant*s.

No. 2:13-cv-00438-JCM-PAL

ORDER

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody.  Plaintiff has not filed an updated notice of change of address.  As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice, with each side to bear its own fees and costs.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: June 27, 2014.

_____
JAMES C. MAHAN
United States District Judge